IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MYRNA SUMMERFORD**                                            **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO: 1:17-CV-12-SA-DAS**

**AMORY HMA, LLC**                                         **DEFENDANTS**
*doing business as* Merit Health Gilmore Memorial,

and

**CHSPSC, LLC**

## ORDER OF RECUSAL

The above styled and numbered case was assigned to the undersigned United States Magistrate Judge David A. Sanders on January 25, 2017. Judge Sanders on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another Magistrate Judge.

This, the 25th day of January, 2017.

                                                               /s/ David A. Sanders
                                                               UNITED STATES MAGISTRATE JUDGE