IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MYRNA SUMMERFORD**                                                          **PLAINTIFF**

**VERSUS**                                                                **CAUSE NO. 1:17CV12-SA-DAW**

**AMORY HMA, LLC d/b/a MERIT HEALTH
GILMORE MEMORIAL, and
CHSPSC, LLC**                                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard on the joint *ore tenus* Motion of plaintiff Myrna Summerford and defendant Amory Regional Medical Center, Inc. d/b/a Gilmore Memorial Hospital (which has been captioned herein and formerly known as "Amory HMA, LLC d/b/a Merit Health Gilmore Memorial") (hereinafter "Amory Regional"), through respective counsel, to dismiss this civil action with prejudice. This Court -- having been informed that Plaintiff and Amory Regional have entered into a confidential settlement agreement resolving all claims asserted in this civil action -- finds that the Motion is well-taken.

It is therefore ORDERED and ADJUDGED that this civil action is dismissed with prejudice in toto. The parties will bear their own respective costs.

SO ORDERED, this 10th day of January, 2018.

_____
United States District Judge Glen H. Davidson

JOINTLY SUBMITTED BY:

/s Ron Woodruff
Ron Woodruff, Esq.
*Attorney for Plaintiff Myrna Summerford*

1

/s *Clarence Webster, III*
Clarence Webster, III, Esq.
*Attorney for Defendant Amory Regional Medical Center, Inc. d/b/a Gilmore Memorial Hospital*