IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MYRNA SUMMERFORD**                                                                                         **PLAINTIFF**

**VERSUS**                                                                                   **CAUSE NO.1:17cv012-GHD-RP**

**AMORY HMA, LLC d/b/a MERIT HEALTH
GILMORE MEMORIAL, and
CHSPSC, LLC**                                                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the joint ore tenus motion of the Plaintiff and CHSPSC, LLC, through respective counsel, to dismiss this civil action against CHSPSC, LLC, with prejudice. As indicated by the below signatures, Plaintiff agrees and stipulates to dismiss all claims which were or which could have been raised by Plaintiff against CHSPSC, LLC, with prejudice. It is therefore,

ORDERED AND ADJUDGED that CHSPSC, LLC is hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 18th day of January, 2018.

United States District Judge Glen H. Davidson

JOINTLY SUBMITTED BY:

/s Ron Woodruff
RON L. WOODRUFF, MSB #100391
*Attorney for Plaintiff Myrna Summerford*

/s Clarence Webster, III
Clarence Webster, III, Esq., MSB #102111
*Attorney for Defendant Amory HMA, LLC d/b/a
Merit Health Gilmore Memorial*

s/ Stephen G. Peresich
STEPHEN G. PERESICH, MSB #4114
*Attorney for Defendant, CHSPSC, LLC*